Jeffrey H. Hagen (6395)
WHATCOTT, BARRETT & HAGEN
Attorneys for Debtor(s)
4764 South 900 East, Suite 1
Salt Lake City, UT 84117
(801) 521-3328, fax (801) 685-0949
jhagen@wbhlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In re: Joshua Cody Duke and Trisha Gene Duke,<br><br>Debtors. | Case No. 18-25122<br><br>Chapter 13<br><br>Judge R. Kimball Mosier |
|---|---|

### DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 11 FILED BY BASS & ASSOCIATES ON BEHALF OF UNITED CONSUMER FINANCIAL SERVICES

Debtors hereby object to Proof of Claim No. 11 filed by Bass & Associates, PC, on behalf of United Consumer Financial Services ("Creditor"), based on the following:

1. On August 20, 2018, Creditor filed Proof of Claim No. 11 in the above-captioned case, alleging entitlement to a secured claim in the amount of $1,804.07.

2. Creditor alleges that the claim is secured by household goods, specifically a vacuum system.

3. Debtors do not have the alleged security in their possession, and, as a result, contend that the claim is not entitled to a secured classification.

WHEREFORE, based on the foregoing, the Debtors request that Proof of Claim No. 11 be reclassified as a general unsecured claim.

DATED: October 31, 2018.

/s/ Jeffrey H. Hagen
Attorney for Debtor

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to Proof of Claim No. 8 was mailed on October 31, 2018 to the following, except those who have consented to receive notice by ECF:

Bass & Associates, P.C.
3936 E. Ft. Lowell, Suite 200
Tuscon, AZ 85712

Lon A. Jenkins
Ch. 13 Trustee
By ECF

/s/ Jeffrey H. Hagen